# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 09-cv-100 ADM/SRN

| | |
|---|---|
| Cynthia Mark, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>J.C. Christensen & Associates, Inc.,<br><br>    Defendant. | **SUGGESTION OF DEATH** |

In accordance with Rule 25(a) Thomas J. Lyons Jr. notes the death during the pendency of this action of Plaintiff Cynthia Mark.

In accordance with Rule 25(a)(1) a Motion for Substitution will be filed within the appropriate time allowed by the Federal Rules of Civil Procedure.

Dated this 12th day of January, 2010.

              By: <u>s/ Thomas J. Lyons, Jr.</u>

              **CONSUMER JUSTICE CENTER, P.A.**
              Thomas J. Lyons, Jr., Esq.
              Attorney I.D. #:  0249646
              367 Commerce Court
              Vadnais Heights, MN  55127
              Telephone:  (651) 770-9707
              Facsimile:  (651) 704-0907
              tommycjc@aol.com

              **SCRIMSHIRE, MARTINEAU, GONKO, & VAVRECK, PLLC.**
              Mark L. Vavreck, Esq.
              Designers Guild Building
              401 North Third Street, Suite 600
              Minneapolis, MN 55401

Telephone: 612-659-9500
Facsimile: 612-659-9220
markvavreck@msn.com

**ATTORNEYS FOR PLAINTIFF**